1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4

5  Attorney for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9  PAUL STEVEN MILANI,                    Case No. 2:12-cv-02301-DAD

10              Plaintiff,                **STIPULATION EXTENDING
                                          PLAINTIFF'S TIME TO  FILE A**
11      vs.                               **MOTION FOR SUMMARY JUDGMENT**

12 CAROLYN W. COLVIN,

13 Commissioner of Social Security,

14              Defendant.

15 _____/

16       IT IS HEREBY STIPULATED by and between the parties, through their

17 respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a

18 Motion For Summary Judgment in the above-referenced case is hereby extended from the present

19 due date of May 31, 3013, by thirty days, to the new response date of July 1, 2013, and that

20 Defendant's brief will be due July 31, 2013.  This extension is requested because Plaintiff

21 has a particularly heavy briefing schedule this month.

22 DATED: May 31, 2013
                                           BENJAMIN B. WAGNER
23                                         United States Attorney
                                           GRACE M. KIM
24                                         Regional Chief Counsel, Region IX

25  /s/ Ann M. Cerney                       /s/ Jeffrey Chen
    ANN M. CERNEY,                          JEFFREY CHEN,
26  Attorney for Plaintiff                  (As authorized via E-mail on 5/31/13)
                                            Special Assistant U S Attorney
27                                          Attorneys for Defendant

28

---
                                           1
STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4

5  Attorney for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9                       —o0o—

10  PAUL STEVEN MILANI,              Case No. 2:12-cv-02301-DAD

11           Plaintiff,               **ORDER**

12       vs.

13  CAROLYN W. COLVIN,

14  Commissioner of Social Security,

15           Defendant.
    _____/
16
            Pursuant to the stipulation of the parties showing good cause for a requested first
17
    extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby
18
    APPROVED.
19
            Plaintiff shall file his Motion For Summary Judgment on or before July 1, 2013.
20
            IT IS SO ORDERED.
21
    DATED: June 3, 2013.
22

23                                   _____
24                                   DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE
25

26  Ddad1\orders.soc sec\milani2301.stip.eot.ord.wpd

27

28

STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT