1 | BENJAMIN B. WAGNER
United States Attorney
2 | DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
4 | JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
5 |     Social Security Administration
6 |     333 Market St., Suite 1500
    San Francisco, CA  94105
7 |     Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
8 |     Email: Jeffrey.Chen@ssa.gov
9 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL STEVEN MILANI, | ) No. 2:12-cv-02301-DAD |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **FIRST EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 14 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a very heavy workload despite due diligence.

/////

/////

/////

/////

1

1  The new due date for Defendant's motion for summary judgment will be Tuesday, August 13, 2013.

Respectfully submitted,

Date: *July 30, 2013*       By:   */s/ Ann M. Cerney**
                                  ANN M. CERNEY
                                  * *By phone authorization on July 30, 2013*
                                  Law Offices of Cerney Kreuze & Lott
                                  Attorney for Plaintiff

Date: *July 30, 2013*             BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   */s/ Jeffrey Chen*
                                  JEFFREY CHEN
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 7, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\milani2301.stip.eot.doc

2