BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL STEVEN MILANI,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-cv-02301-DAD<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 14 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a very heavy workload despite due diligence.

/////

/////

/////

/////

1

The new due date for Defendant's motion for summary judgment will be Tuesday, August 13, 2013.

                                          Respectfully submitted,

Date: *July 30, 2013*        By:    */s/ Ann M. Cerney\**
                                                ANN M. CERNEY
                                                *\* By phone authorization on July 30, 2013*
                                                Law Offices of Cerney Kreuze & Lott
                                                Attorney for Plaintiff

Date: *July 30, 2013*                    BENJAMIN B. WAGNER
                                                United States Attorney

                                 By:    */s/ Jeffrey Chen*
                                                JEFFREY CHEN
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

                                               <u>ORDER</u>

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 7, 2013

                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\milani2301.stip.eot.doc